# EXHIBIT B



🌙 72°F

LIVE

**LOCAL NEWS**

# Banana duct-taped to wall sells for $120K at Miami's Art Basel

The masterpiece was created by Italian artist Maurizio Cattelan.

**Thomas Metevia**, Digital Content Producer

Published: **December 7, 2019, 10:06 am**
Updated: **December 7, 2019, 1:03 pm**

Tags: **Art**, **Money**, **Florida**





**MIAMI, Fla.** – You've heard of the Mona Lisa and American Gothic. Well, there's a new piece of art that has everyone going bananas. The best part? Anyone could re-create the masterpiece.

The display called "The Comedian" is a banana duct-taped to a wall. Yes, you read that right.

The a-peeling art piece was created by Italian artist Maurizio Cattelan.



You may remember this artist for his 18-karat-gold toilet titled "America." The $6-million throne was stolen from England's Blenheim Palace over the summer.

The banana sold for $120,000 at Miami's Art Basel this week.

Emmanuel Perrotin, the gallery founder, told CBS News that Maurizio's work is not just about objects, but about how objects move through the world.

"Whether affixed to the wall of an art fair booth or displayed on the cover of the New York Post, his work forces us to question how value is placed on material goods," he said.

Art lover Weezie Chandler said, "You can do anything and once you're established you can get away with it."

One art lover said, "It's mocking the art world. That's what Maurizio Cattelan does."

Some art connoisseurs believe the piece represents the art world and its wealth inequalities.

Others will tell you to not think that deep.

Our opinions are spilt.



Copyright 2019 by WKMG ClickOrlando - All rights reserved.

## ABOUT THE AUTHOR:

**Thomas Metevia**



Tom Metevia is an Emmy Award-winning content creator. He writes for all of the company's news websites, including ClickOnDetroit.com. Tom specializes in travel, entertainment and theme park news.

- email
- facebook
- twitter
- instagram
- linkedin

**NEWEST** | MOST LIKED          FOLLOW ✓   1 COMMENT

 Guest

Type your comment here…

Powered by viafoura

## Sponsored Content

**The 8 Best Mattresses for Back Pain of 2019.**
Yahoo! Search

**These Discreet Hearing Aids Are Secretly**
Live Healthier Journal

**Saving the Ocean Never Looked This Good.**
GREATS.com

**About Plaque Psoriasis: Learn About Causes &**
Yahoo! Search

**Tinnitus? When The Ringing Won't Stop, Do**
trendsconsumer.com

**Best Moving Companies Near New York. Search**
Yahoo! Search

**Best Moving Companies Near New York. Search**
Yahoo! Search

**Demand for Nurses is Growing, Here's**
Nursing Degrees | Sponsored Listings

**Man Who Predicted Rise of Amazon Issues**
Stansberry Research

**Unsold 2018 SUVs Going For Pennies On The Dollar.**
Yahoo! Search

Recommended by

### SPONSORED CONTENT

- **50 Famous Songs You Never Want To Hear Again**
  ALOT Living

### MORE FROM CLICKORLANDO

- **Japan quarantines cruise ship as toll of new virus grows**

- **Which 5 Travel Cards Have The Most Valuable Miles?** NerdWallet
- **How To Properly Empty Your Bowels Every Morning - Top Surgeon Explains How** Gundry MD | Supplement
- **Surgeon Says You Can Now 'Look Younger' Just By Doing This** Beverly Hills MD
- **New York Will Pay $271/Month Off Your Mortgage If You Have No Missed Payments And If You Qualify** Mortgage Benefits

- **Scientists dive into 'Midnight Zone' to study dark ocean**
- **Florida men enter plea deal in Disney theft case**
- **Abortion is unlikely complication in Senate race in Kansas**
- **First Cousins Who Married Each Other and Having a Baby Say Their Relationship Is Not Strange**

Recommended by 

## Get Alerts
Want the latest news and weather updates?

Enter your email here!

Copyright © 2020 ClickOrlando.com is managed by Graham Digital and pubished by Graham Media Group, a division of Graham Holdings

## Contact WKMG News 6 & ClickOrlando.com

TV Listings

Contests and Rules

Email Newsletters

Subscribe to RSS Feeds

Closed Captioning

Contact Us / Follow on Social Media

Careers at WKMG

Terms of Use

Privacy Policy                                              Public File

EEO Report                                              Disability Assistance

If you are disabled and need help with the Public File, call 407-291-6000.